IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CORTEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOE CHACON, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　／ | Case No. 1:11-cv-00910 JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED<br><br>(Doc. 5) |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On July 27, 2011, the Court instructed Plaintiff, for a second time, to complete and return within thirty days the form regarding consent to U.S. Magistrate Judge jurisdiction. (Doc. 5; see Doc. 3-1.)  The thirty-day period has since expired, and Plaintiff has not filed the consent form or otherwise responded to the Court's order.

　　　　Accordingly, it is **HEREBY ORDERED** that within fourteen days from the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed based upon Plaintiff's failure to obey a Court order.  In addition, if Plaintiff wishes to continue pursuing his claims in this case, he must complete and return the form regarding consent to U.S. Magistrate Judge jurisdiction.  Otherwise, Plaintiff is advised that this action will be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   **September 11, 2011**　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE