# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CORTEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JOE CHACON, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-00910 AWI JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION DISMISSING THE ACTION WITH PREJUDICE |

Robert Cortez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 13, 2011, the Magistrate Judge recommended the action be dismissed with prejudice for failure to state a claim upon which relief can be granted.  (Doc. 8).

The Magistrate Judge's Findings and Recommendation was served on Plaintiff, and contained a notice that any objections were to be filed within fourteen days of service, or by October 13, 2011.  (Doc. 8 at 6).  Further, Plaintiff was warned that failure to file objections may waive the right to appeal the District Court's Order.  (Id.)  However, to date no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations filed October 13, 2011 (Doc. 8), are ADOPTED IN FULL;
2. Plaintiff's complaint is DISMISSED WITH PREJUDICE
2. This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g); and
3. The Clerk of Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated:   January 18, 2012

CHIEF UNITED STATES DISTRICT JUDGE